FARMERS & MERCHANTS BANK, APPELLEE, V. WILLIAM CARLSON, APPELLANT.

FILED JUNE 8, 1906.　No. 14,359.

Evidence examined, and *held* to support the judgment of the district court.

APPEAL from the district court for Polk county: ARTHUR J. EVANS, JUDGE. *Affirmed.*

*John Tongue,* for appellant.

*E. E. Stanton, contra.*

DUFFIE, C.

William Carlson, appellant, made his note to the People's Medical Dispensary. of Chicago, Illinois, for $50, due six months from date. The note was executed in consideration of a contract made by the payee for six months' medical treatment, such treatment to be continued without further compensation if a cure was not effected within that time. The evidence is undisputed that the Farmers & Merchants Bank purchased this note in the usual course of business, paying full value therefor before its maturity. The defense relied upon is that, before signing the note, Carlson insisted that there should be indorsed on the back thereof the following: "Payable according to contract." It is claimed that these words have been erased from the back of the note and this worked a material alteration thereof. The case was tried to the court without a jury, and judgment entered in favor of the bank.

The agent of the medical company who took the note from Carlson testifies that no indorsement whatever was made upon the back of the note, and that it is now in the same condition as when signed by Carlson. Altschuler, who acted as the agent of the medical company in selling this and other notes to the bank, testifies that it is in the

same condition as when received by him. The original note is found in the bill of exceptions, and a careful examination fails to disclose any evidence that the note was indorsed as claimed, or any signs that any erasure has been made or attempted. The finding of the district court is fully sustained by the evidence. Objections were made to the depositions of Collins and Altschuler, two of the plaintiff's witnesses, but of so technical a character that they do not call for any discussion.

We recommend an affirmance of the judgment.

ALBERT and JACKSON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED.